**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

~~U.S. BANKRUPCTY~~   District of __Delaware__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

✓ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**    PCf Investmenents Inc, is a defunct Delaware Corporation since 1993

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

PCF Properties in Texas LLC, 100% owned subsidary

**4. Debtor's federal Employer Identification Number (EIN)**

✓ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

2711 CENTERVILLE ROAD SUITE
Number    Street

SUITE 400
_____

Wilmington            DE      19808
City                  State   ZIP Code

New Castle
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____   _____   _____
City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____   _____   _____
City                State   ZIP Code

Debtor _____    Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | https://www.pcfproperties.net/about.html |

**7. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [x] No
- [ ] Yes. Debtor _____ Relationship _____

    District _____ Date filed _____ Case number, if known_____
                                                        MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known_____
                                                         MM / DD / YYYY

### Part 3:   Report About the Case

**10. Venue**

*Check one:*

- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _____   Case number (*if known*)_____
       Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | James M. Andersen | Attorney Fees | $10,675.00 |
| | Eliabeth Thomas | Real Estate Property | $123,946.86 |
| | James Allen | Real Estate Property | $123,945.59 |
| | | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| James M Andersen Pro, Se | **James M. Andersen** |
| Name | Printed name |
| P. O. Box 58554 | **James M. Andersen Law Firm** |
| Number  Street | Firm name, if any |
| Webster        Tex.        77598 | P.O. Box 58554 |
| City        State        ZIP Code | Number  Street |
| | Webster        Tx.        77598 |
| **Name and mailing address of petitioner's representative, if any** | City        State        ZIP Code |
| Elizabeth Thomas  Pro, Se | Contact phone (281)488-2800   Email jandersen.law@gmail.com |
| Name | |
| 712 H Street NE #1297 | Bar number  **Texas State Bar No. 01165850** |
| Number  Street | |
| Washington        DC        20002 | State  **Texas** |
| City        State        ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | **I am not licensed in the State of Delaware to appear before the Court as such I have  also filing pro, se unitl I obtain counsel** |
| Executed on  3/30/2023 | X _____ James M. Andersen _____ |
|            MM / DD / YYYY | Signature of attorney |
| X  *Elizabeth Thomas* | Date signed  _____ |
| Signature of petitioner or representative, including representative's title |            MM / DD / YYYY |

Debtor _____
        Name

Case number (*if known*)_____

---

**Name and mailing address of petitioner**

    Robert L. Thomas Pro, Se
_____
Name

    712 H Street NE #1297
_____
Number    Street

    Washington        DC      20002
_____
City                    State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

    James Allen Pro, Se
_____
Name

    712 H Street NE #1297
_____
Number    Street

    Washington        DC      20002
_____
City                    State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3/30/2023**
            MM / DD / YYYY

✘ *Robert L. Thomas*
_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

    Allan A. Haye
_____
Name

    4548 NW 6th Ct
_____
Number    Street

    Ocala        FL      34475
_____
City                    State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                    State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **3/30/23**
            MM / DD / YYYY

✘ *Allan A. Haye*
_____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                    State          ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

| Name of Petitioner | Nature of Petitioner claim | Amount of the claim |
|---|---|---|
| Robert L. Thomas | Real Estate Property | $125,956.67 |
| Allan A. Haye | Real Estate Property | $123,945,59 |

# Delaware

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE CERTIFICATE OF INCORPORATION OF "PCF INVESTMENTS INC.", WAS RECEIVED AND FILED IN THIS OFFICE THE SIXTEENTH DAY OF NOVEMBER, A.D. 1987.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS NO LONGER IN EXISTENCE AND GOOD STANDING UNDER THE LAWS OF THE STATE OF DELAWARE HAVING BECOME INOPERATIVE AND VOID THE FIRST DAY OF MARCH, A.D. 1993 FOR NON-PAYMENT OF TAXES.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION WAS SO PROCLAIMED IN ACCORDANCE WITH THE PROVISIONS OF GENERAL CORPORATION LAW OF THE STATE OF DELAWARE ON THE SEVENTEENTH DAY OF JUNE, A.D. 1993 THE SAME HAVING BEEN REPORTED TO THE GOVERNOR AS HAVING NEGLECTED OR REFUSED TO PAY THEIR ANNUAL TAXES.



Jeffrey W. Bullock, Secretary of State

2143694  8400
SR# 20230757934

Authentication: 202800868
Date: 02-28-23

You may verify this certificate online at corp.delaware.gov/authver.shtml

The Secretary of State of Delaware issued a certificate for PCF INVESTMENTS INC. whose file number is 2143694 on 02/28/2023 under request number 20230757934 for authentication number 202800868

