IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Thomas v. PCF Investments

| | | |
|---|---|---|
| Elizabeth Thomas, | ) | |
| Appellant, | ) | Civil Action No. 1:23-cv-01047-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| PCF Investments | ) | Bankruptcy Case No. 23-10378 (TMH) |
| aka | ) | |
| PCF Properties in Texas, LLC, | ) | Bankruptcy BAP No. 23-00055 |
| Appellee. | | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order of the Bankruptcy Court dated 08/30/2023 was docketed in the District Court on 09/26/2023:

**ORDER DENYING EX PARATE [SIC] EMERGENCY MOTION FOR ORDER REOPENING THE BANKRUPTCY FOR THE SOLE PURPOSE OF OBTAINING A REMAND ORDER**

**ORDER DENYING EX PARATE [SIC] MOTION FOR RELIEF FROM JUDGMENT/ORDER PURSUANT TO FED. R. BANKR. 9024**

**MEMORANDUM ORDER DENYING EX PARATE [SIC] REMAND MOTION**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                                                                                                           Randall Lohan
                                                                                                                           Clerk of Court

Date: 09/26/2023
CC:    U.S. Bankruptcy Court
           Counsel via CM/ECF